UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO 06-13822
CHAPTER 13

DARION E. TRIBBLE
TRENET L. TRIBBLE : JUDGE JEFFERY P. HOPKINS
   DEBTORS

: NOTICE OF TRANSMITTAL OF
UNCLAIMED FUNDS

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917863 | $0.89 |

Creditor(s)
CAPITAL ONE
C/O TSYS DEBT MANAGEMENT
P.O. BOX 5155
NORCROSS, GA 30091

                              Respectfully submitted,

/s/   Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Karolina F. Perr, Esq.
       Staff Attorney
       Attorney No. OH 0066193

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       kperr@cinn13.org
       cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 17, 2011.

        /s/    Margaret A. Burks, Esq.
             Margaret A. Burks, Esq.

CAPITAL ONE
C/O TSYS DEBT MANAGEMENT
P.O. BOX 5155
NORCROSS, GA 30091

Debtor(s) Counsel
R. DEAN SNYDER, ESQ.
5127 PLEASANT AVENUE
FAIRFIELD, OH 45014

Debtor(s)
DARION E. TRIBBLE
TRENET L. TRIBBLE
7404 CHATEAUGUAY DRIVE
HAMILTON, OH 45011

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

CAPITAL ONE
6125 LAKEVIEW ROAD
SUITE 800
CHARLOTTE, NC 28269

CAPITAL ONE
P.O. BOX 70884
CHARLOTTE, NC 28272

CAPITAL ONE
C/O AMERICAN INFORMATION SOURCE
P.O. BOX 54529
OKLAHOMA CITY, OK 73154

CAPITAL ONE
P.O. BOX 71083
CHARLOTTE, NC 28272